**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 09-6923**
_____

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

ALFRED CHEESE, a/k/a Big Cheese,

        Defendant - Appellant.

_____

**No. 09-7535**
_____

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

ALFRED CHEESE, a/k/a Big Cheese,

        Defendant - Appellant.

_____

Appeals from the United States District Court for the District of Maryland, at Baltimore. Benson Everett Legg, District Judge. (1:98-cr-00259-BEL-2)

_____

Submitted: June 17, 2010        Decided: June 23, 2010

_____

Before MOTZ and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

—————————————

Alfred Cheese, Appellant Pro Se.   Robert Reeves Harding, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

—————————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alfred Cheese appeals the district court's orders denying his motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(2) (2006) and his subsequent motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Cheese, No. 1:98-cr-00259-BEL-2 (D. Md. Mar. 25, 2009 & July 28, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED